IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

        Plaintiff,           2:06-cv-1747-GEB-EFB-P

    vs.

T. FELKER, Warden,

        Defendant.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 16, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 16, 2006, are adopted in full; and

2. This action is dismissed without prejudice for plaintiff's failure to state a claim. See Lopez v. Smith, 203 F.3d 1122, 1128 (9th Cir. 2000)(indigent prisoner proceeding without counsel must be given leave to file an amended complaint unless the court can rule out any possibility that the plaintiff could state a claim).

Dated: December 22, 2006

GARLAND E. BURRELL, JR.
United States District Judge