IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Petitioner,                                  No. CIV S-06-1747 GEB EFB P

    vs.

T. FELKER, Warden,

    Respondent.                              <u>ORDER</u>

_____/

      On November 16, 2006, the undersigned issued findings and recommendations recommending that this action be dismissed. On December 22, 2006, the assigned district judge adopted that recommendation and dismissed this case. Judgment was entered accordingly. Notwithstanding that judgment closing this case, petitioner filed on February 1, 2007, an amended petition for writ of habeas corpus. Neither has good cause been shown for submitting an amended petition for writ of habeas corpus after judgement has already been entered.

      Accordingly, petitioner's February 1, 2007 amended petition for writ of habeas corpus will be disregarded.

/////

/////

/////

1

1  The court notes that it will issue no response to future filings by petitioner in this action
2  not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3  So ordered.
4  DATED: October 29, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE